U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

APR 29 2019

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:18-cv-00417-LEW

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

**Plaintiff**

vs.

Bethany A. Thoits and Ryan W. Thoits

**Defendants**
Arrow Financial Services, LLC
CACH LLC
Discover Bank
Portfolio Recovery Associates, LLC
Maine Revenue Services
Capital One Bank USA NA

**Parties-In-Interest**

RE:
114 Pope Road, Windham, ME 04062

Mortgage:
March 23, 2007
Book 24963, Page 64

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on April 29, 2019. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendants, Bethany A. Thoits and Ryan W. Thoits did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($289,130.44) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a

dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance: | $188,191.73 |
| Escrow Balance: | $25,047.84 |
| Total Interest: | $74,847.36 |
| Late Charge: | $1,043.51 |
| **TOTAL:** | **$289,130.44** |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($289,130.44) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Windham Property shall terminate, U.S. Bank shall conduct a public sale of the Windham Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $289,130.44 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $289,130.44.

5. The priority of interests is as follows:

   a.) U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $289,130.44, pursuant to the subject Note and Mortgage.

   b.) Arrow Financial Services, LLC, who has been defaulted.

   c.) CACH, LLC, who has been defaulted.

   d.) Discover Bank, who has been defaulted.

   e.) Portfolio Recovery Associates, LLC, who has been defaulted.

   f.) Maine Revenue Services has the second priority behind the Plaintiff pursuant to a Notice of State Tax Lien dated April 17, 2014, in the amount of $1,353.58, and

recorded in the Cumberland County Registry of Deeds in Book 31461, Page 246. As of January 15, 2019 the amount due and owing is $1,756.28.

g.) Capital One Bank (USA) N.A. who has been defaulted.

h.) Bethany A. Thoits and Ryan W. Thoits has the third priority behind the Plaintiff.

6. The prejudgment interest rate is 6.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANTS |  |  |
|  | Ryan W. Thoits<br>114 Pope Road<br>Windham, ME 04062 | Pro Se |
|  | Bethany A. Thoits<br>114 Pope Road<br>Windham, ME 04062 | Pro Se |
| PARTIES-IN-INTEREST |  |  |
|  | Arrow Financial Services, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Pro Se |
|  | CACH LLC<br>c/o Corporation Service Company, 45 Memorial Circle<br>Augusta, ME 04330 | Pro Se |

|  |  |
|---|---|
| Discover Bank<br>502 East Market Street<br>Greenwood, DE 19950 | Pro Se |
| Portfolio Recovery Associates, LLC<br>c/o Corporation Service Company<br>45 Memorial Circle<br>Augusta, ME 04330 | Pro Se |
| Maine Revenue Services | Kevin J. Crosman, Esq., Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Capital One Bank USA NA<br>c/o Corporation Service Company<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | Pro Se |

a) The docket number of this case is No. 2:18-cv-00417-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 114 Pope Road, Windham, ME 04062, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 114 Pope Road, Windham, ME 04062. The Mortgage was executed by the Defendants on March 23, 2007. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 24963, Page 64.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 114 Pope Road, Windham, ME 04062.

SO ORDERED.

DATED THIS 29th DAY OF April, 2019

U.S. DISTRICT JUDGE